AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Colloton, Steven M. | US Ct. of Appeals-8th Circuit | 08/07/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

110 E. Court Avenue, Suite 461
Des Moines, IA 50309-2053

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | James Madison Memorial Fellowship Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colloton, Steven M. | 08/07/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/5/11 | Legatus of Des Moines, Honorarium ($200) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Elon University School of Law | Apr. 2-3, 2011 | Greensboro, NC | Moot court competition | Travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colloton, Steven M. | 08/07/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colloton, Steven M. | 08/07/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | MidWestOne - Accounts | A | Interest | M | T | | | | | |
| 2. | Vanguard Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 3. | Vanguard Intermediate Term Tax- Exempt Muni Bond Fund | A | Dividend | K | T | | | | | |
| 4. | Vanguard Long-Term Tax- Exempt Fund Investor Shares | A | Dividend | K | T | | | | | |
| 5. | Vanguard Total International Stock Index Fund | A | Dividend | | | Sold | 02/25/11 | K | | |
| 6. | Vanguard Total International Stock Index Admiral Shares | A | Dividend | K | T | Buy | 02/25/11 | K | | |
| 7. | Vanguard Ext. Market Index Fund Admiral Shares | A | Dividend | K | T | | | | | |
| 8. | Vanguard 500 Index Fund Admiral Shares | B | Dividend | L | T | | | | | |
| 9. | Vanguard Intermediate-Term Investment- Grade Fund | A | Dividend | | | Sold (part) | 01/14/11 | J | | |
| 10. | | | | | | Sold | 01/26/11 | J | | |
| 11. | Vanguard Short-Term Investment-Grade Fund | A | Dividend | | | Sold | 01/26/11 | J | | |
| 12. | Vanguard Inflation-Protected Securities Fund | A | Dividend | | | Sold | 01/26/11 | J | | |
| 13. | MidWestOne Financial Group Inc. - Common Stock | A | Dividend | K | T | | | | | |
| 14. | Nationwide Life Insurance Company-Whole Life Policy | A | Dividend | J | U | | | | | |
| 15. | Coralville IA, Pbl Imp Gen Ob Bond, 5.375%, Due 6/1/2023 | A | Interest | J | T | | | | | |
| 16. | Coralville IA, Pbl Imp Gen Ob Bond, 5.375%, Due 6/1/2023 | A | Interest | J | T | | | | | |
| 17. | U of IA, Rec Facs Rev Bond, 4.1%, Due - 7/1/2019 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colloton, Steven M. | 08/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U of IA, Rec Facs Rev Bond, 4.5%, Due - 7/1/2027 | A | Interest | J | T | | | | | |
| 19. U of IA, Rev Acad Bldg Bond, 4%, Due - 7/1/2017 | A | Interest | J | T | | | | | |
| 20. State Univ IA Univ Rev Bond, 4%, Due - 7/1/2018 | A | Interest | K | T | | | | | |
| 21. Principal Bank - Account | A | Interest | M | T | | | | | |
| 22. FNBO Direct - Account | A | Interest | L | T | | | | | |
| 23. HSBC - Account | A | Interest | L | T | | | | | |
| 24. College Savings Iowa 529 Plan Agg. Growth Port. (no control) | B | Dividend | K | T | | | | | |
| 25. College Savings Iowa 529 Plan Con. Income Port. (no control) | B | Dividend | K | T | | | | | |
| 26. Federated Institutional Tr Hi Yield Bond Fund | A | Dividend | J | T | | | | | |
| 27. Federated Mortgage Fund | A | Dividend | | | Sold | 01/26/11 | J | | |
| 28. Federated Total Return Govt Bond Fund | A | Dividend | | | Sold | 01/26/11 | J | | |
| 29. IA SUI Bond, 3.6%, Due 7/1/2019 | A | Interest | J | T | | | | | |
| 30. Univ IA Hosp & Clinics Bond, 6.125%, Due 9/1/2028 | B | Interest | K | T | | | | | |
| 31. West Branch Iowa Comm School Dist Bond, 4.1%, Due 7/1/2023 | A | Interest | K | T | | | | | |
| 32. TIAA-CREF Equity Index - RTL | A | Dividend | J | T | Buy | 02/04/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The report dated May 14, 2012, is amended to include additional information for College Savings Iowa 529 Plan in Part VII, lines 24 and 25.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven M. Colloton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544